# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER JOHNSON ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v.  ) | Case No. _____ |
| ) | |
| ACB IDEAS, LLC ) | |
| ) | |
| *Defendant.* ) | |

## DECLARATION OF CANDICE GAYL

I, Candice Gayl, having been duly sworn, depose and state as follows:

1. I am over the age of 18, am competent to testify to the matters set forth in this Declaration, and have personal knowledge of the matters set forth in this Declaration,

2. I am a citizen of and domiciled in Virginia. I have lived in Virginia since 2020.

3. I am the Chief Executive Officer of ACB, and have held that position since February of 2022.

4. Prior to joining ACB, I worked as the Chief of Staff to Arthur Brooks, who is the Founder and Chief Creative Officer of ACB.

5. ACB was created as a District of Columbia limited liability company on December 29, 2021.

6. ACB has two members: myself and Arthur Brooks.

7. For business reasons, ACB domesticated as a Virginia limited liability company on December 9, 2022.

8. ACB's principal place of business is 1775 Tysons Blvd Fl 5, Mc Lean, VA, 22102.

1

2

I declare under the penalty of perjury under the laws of the United States of American that the foregoing is true and correct to the best of my knowledge and information.

Executed this 2nd day of October, 2023

_____
Candice Gayl

2