# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER JOHNSON | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) Case No. _____ |
| ACB IDEAS, LLC | ) ) ) ) |
| *Defendant.* | ) |

## **DECLARATION OF ARTHUR BROOKS**

I, Arthur Brooks, having been duly sworn, depose and state as follows:

1. I am over the age of 18, am competent to testify to the matters set forth in this Declaration, and have personal knowledge of the matters set forth in this Declaration.

2. I am a citizen of and domiciled in Massachusetts. I have lived in Massachusetts since 2019.

3. I am the Founder and Chief Creative Officer of ACB Ideas, LLC ("ACB").

4. ACB has two members: myself and Candice Gayl.

I declare under the penalty of perjury under the laws of the United States of American that the foregoing is true and correct to the best of my knowledge and information.

Executed this 2nd day of October, 2023

*[signature: Arthur Brooks]*

_____
Arthur Brooks

1