# EXHIBIT A

| | |
|---|---|
| **From:** | Golimowski, Jeff |
| **To:** | Erik L. Wilson |
| **Cc:** | Chalashtori, Jasmine; Neil M. Katsuyama |
| **Subject:** | RE: Johnson v. ACB Ideas, D.D.C. Case No. 23-cv-2944 [AALRR-CERRITOS.018477.00008] |
| **Date:** | Tuesday, October 10, 2023 10:24:06 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

Thank you, Erik,

The extra week for the response is fine. We will draft and file today along with our motion to compel arbitration.

Best,
Jeff

**From:** Erik L. Wilson <Erik.Wilson@aalrr.com>
**Sent:** Monday, October 9, 2023 4:44 PM
**To:** Golimowski, Jeff <Jeff.Golimowski@wbd-us.com>
**Cc:** Chalashtori, Jasmine <Jasmine.Chalashtori@wbd-us.com>; Neil M. Katsuyama <Neil.Katsuyama@aalrr.com>
**Subject:** RE: Johnson v. ACB Ideas, D.D.C. Case No. 23-cv-2944 [AALRR-CERRITOS.018477.00008]

> External (erik.wilson@aalrr.com)
>
> Report This Email  FAQ

Jeff,

I was out all day Friday at out-of-town hearings and just saw this. I also received a voicemail from Jasmine a bit earlier today that I believe was in reference to this (but the recording was choppy and I could not catch all of it).

We can agree to extend the deadline to file a motion to dismiss to one week after the Court rules on any motion to compel arbitration if ABC agrees to an additional week for Ms. Johnson to oppose that motion.

Please let me know if that is agreeable.

Ms. Johnson reserves all rights and objections regarding both motions.

Best,

Erik

Case 1:23-cv-02944-RCL   Document 11-1   Filed 10/31/23   Page 3 of 4

**Erik L. Wilson** | Of Counsel
Atkinson, Andelson, Loya, Ruud & Romo
201 South Lake Avenue, Suite 300, Pasadena, California 91101
Direct (626) 773-7666 • Main (626) 583-8600 • Fax (626) 583-8610
erik.wilson@aalrr.com | website | subscribe

---

**From:** Golimowski, Jeff <Jeff.Golimowski@wbd-us.com>
**Sent:** Friday, October 6, 2023 8:11 AM
**To:** Erik L. Wilson <Erik.Wilson@aalrr.com>; Neil M. Katsuyama <Neil.Katsuyama@aalrr.com>
**Cc:** Chalashtori, Jasmine <Jasmine.Chalashtori@wbd-us.com>
**Subject:** [EXTERNAL] Johnson v. ACB Ideas, D.D.C. Case No. 23-cv-2944

**[EXTERNAL MESSAGE]**

Good Morning, Counsel,

I trust this email finds you both well.

In the above captioned case, defendant plans to file a motion to compel arbitration either today or Tuesday. Under the terms of the removal statute, a motion to dismiss is also due on Tuesday, October 10, but given that the outcome of the motion to compel arbitration may well moot the need for a motion to dismiss, we'd like to file a consent motion to stay the deadline for filing a motion to dismiss until the motion to compel arbitration has been decided. This would prevent both parties from engaging in work that might ultimately be unnecessary, given that the filing of a motion to dismiss would require an opposition that would also be due within the statutory time limit.

Would plaintiff consent to such a stay of the deadline for a motion to dismiss?

Best,
Jeff Golimowski

**Jeff Golimowski**
Partner
Womble Bond Dickinson (US) LLP

| | |
|---|---|
| **d:** 703-394-2275 | 8350 Broad Street |
| **m:** 785-691-6486 | Suite 1500 |
| **e:** Jeff.Golimowski@wbd-us.com | Tysons, VA  22102 |



womblebonddickinson.com

  

---

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond

Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.